| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE WHITLEY SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF WHITLEY ) | | CAUSE NO. 92D01-2202-CT-000115 |

JOHMELL RIVERS, )
)
    Plaintiff, )
)
v. )
)
LEAR CORPORATION, )
)
    Defendant. )

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Johmell Rivers, a black/African American employee of the Defendant's at all material times to this Complaint.

2. The Defendant Lear Corporation, a company authorized to do business in the State of Indiana, and does so at 2101 South 600 East, Columbia City, Indiana 46725. At all material times to this Complaint, Defendant was an "employer" for the purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and 42 U.S.C. § 1981.

3. Plaintiff filed a Charge of Discrimination with the EEOC on June 30, 2021 (No. 24D-2021-00290), a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A". The EEOC issued a Dismissal and Notice of Rights on November 19, 2021 (attached as Exhibit "B"), and this Complaint has been filed within ninety (90) days after receipt thereof.

4. Plaintiff is a long-term employee of the Defendant's who has worked for over ten (10)

years. Plaintiff has performed within the reasonable expectations of the Defendant at all material times to this Complaint. Plaintiff is presently a Production Operator.

5. In 2019, Plaintiff was given the position of Forklift Driver. However, an incident occurred in June of 2021 in which he dropped some materials from his forklift. Defendant responded by requiring Plaintiff to undergo a drug test, removed him from his forklift driver position, and gave him a disciplinary write-up.

6. Meanwhile, similarly-situated Caucasian forklift drivers who dropped materials were not drug tested, were not given write-ups, and were not moved job positions.

7. Plaintiff alleges that several Caucasian forklift drivers had committed the same or very similar violations without being suspended and without losing their forklift positions.

8. Plaintiff alleges that following the filing of his Charge of Discrimination, he was subjected to over-scrutiny of his work and Defendant nitpicked his every action.

9. Plaintiff alleges that Defendant discriminated against him and retaliated against him on the basis of his race and for engaging in the protected activity of filing a Charge of Discrimination with the EEOC, all in violation of Title VII and 42 U.S.C. § 1981.

10. Defendant's conduct was the direct and proximate cause of Plaintiff suffering lost income, inconvenience, mental anguish, emotional distress, and other damages and injuries.

11. Defendant's conduct was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory

damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
Counsel for Plaintiff