UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| JOHMELL RIVERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:22-cv-00107-HAB-SLC |
| | ) | |
| LEAR CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please be advised of the following address change effective upon filing with the Clerk:

**Former Address:**

Scott James Preston
OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
111 Monument Circle
Suite 4600
Indianapolis, N 46204
Telephone: (317) 916-1300
Facsimile:  (317) 916-9076
Email: *scott.preston@ogletree.com*


**Current Address:**

Scott James Preston
OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile:  (317) 916-9076
Email: *scott.preston@ogletree.com*


Information including email, fax, and telephone remain the same.

Respectfully submitted,

Dated: July 5, 2022

*s/ Scott James Preston*
Scott James Preston, Atty. No. 25436-49
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile:  (317) 916-9076
*scott.preston@ogletree.com*

*Attorney for Defendant Lear Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher C. Myers
Ilene M. Smith
*cmyers@myers-law.com*
*ismith@myers-law.com*

*s/ Scott James Preston*
Scott James Preston

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile:  (317) 916-9076
*scott.preston@ogletree.com*

52133496.v1-OGLETREE