# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| JOHMELL RIVERS<br><br>Plaintiff,<br><br>v.<br><br>LEAR CORPORATION<br><br>Defendant. | CAUSE NO.: 1:22-CV-107 HAB |

## ORDER

On November 3, 2023, Plaintiff filed his notice (ECF 50), in response to this Court's Opinion and Order (ECF No. 49) notifying the Court that he elects to proceed with his Motion for Voluntary Dismissal and accept the conditions imposed by the Court. Accordingly, the case is DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2) WITH PREJUDICE and with costs awarded in favor of Defendants as provided for in Federal Rule of Civil Procedure 54(d).

SO ORDERED on November 8, 2023

                                          s/ *Holly A. Brady*
                                          CHIEF JUDGE HOLLY A. BRADY
                                          UNITED STATES DISTRICT COURT